BEFORE THE SECOND DIVISION, SEPTEMBER 24, 1962

No. 67064.—Manca, Inc. v. United States, protests 61/20748, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of barix batteries which are, in fact, lead-acid type storage batteries, the claim of the plaintiff was sustained.

No. 67065.—Inter-Maritime Forwarding Co., Inc. v. United States, protest 58/6832 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic textile yarns similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in United States v. Steinberg Bros. (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained

BEFORE THE THIRD DIVISION, SEPTEMBER 24, 1962

No. 67066.—Reliance Merchandise Co., Inc., et al. v. United States, protests 59/28481, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of Ross Products, Inc. v. United States (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiffs was sustained.